No. 72–484. FELLAND *v.* SCHAEFER ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 72–516. O'CONNOR ET AL. *v.* NEW JERSEY ET AL. Appeal from Super. Ct. N. J. dismissed for want of substantial federal question.

No. 72–570. WASHER ONE, INC., DBA IRISH WASHWOMAN, ET AL. *v.* KENTUCKY EX REL. DIVISION OF UNEMPLOYMENT INSURANCE. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 72–546. FINGER LAKES RACING ASSN., INC. *v.* NEW YORK STATE OFF-TRACK PARI-MUTUEL BETTING COMMISSION ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–5412. RUDERER *v.* UNITED STATES. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 72–517. PENNSYLVANIA *v.* LINDE. Sup. Ct. Pa. It appearing that respondent, a defendant in a state criminal proceeding, died on November 2, 1972, the petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, is dismissed. *Gersewitz* v. *New York,* 326 U. S. 687 (1945).